JANET R. SHIMER, Respondent, v. EMMA H. STERRETT, Appellant.— In an action to recover moneys paid to the defendant-appellant by the plaintiff-respondent on account of the purchase price of real property pursuant to a written contract of sale and purchase, because of the appellant's alleged breach thereof, the plaintiff

was awarded a verdict, upon which judgment in her favor was entered. From that judgment the defendant appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.